THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD GILON, Appellant, *v.* BIRD S. COLER, as Comptroller of the City of New York, et al., Respondents.

*People ex rel. Gilon* v. *Coler*, 78 App. Div. 248, affirmed.
(Argued June 1, 1903; decided June 16, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made January 16, 1903, which affirmed the proceedings of the comptroller of the city of New York in dismissing the relator from the office of collector of assessments and arrears and dismissed a writ of certiorari to review the same.

*John C. Shaw* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.